UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:26-CR-00134-FL-BM-5
5:26-CR-00134-FL-BM-6

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JAMES MATTHEW WATKINS | ) | |
| aka "Jimmy" | ) | |
| DOMINEKE JARRELL JEFFERIES | ) | |

Upon motion of the United States, without the defendants' opposition, and for good cause shown, it is hereby ORDERED that the Indictment and CM/ECF docket be amended to correct the names of the charged defendants from "James Matthew Watkins" to "James William Watkins" and from "Domineke Jarrell Jefferies" to "Domineke Jarrell Jeffries."

IT IS SO ORDERED, this 4th day of September, 2026.

LOUISE W. FLANAGAN
United Sates District Judge